L. JOE COPPEDGE
Nevada Bar No. 4954
COPPEDGE EMMEL & KLEGERMAN PC
5586 South Fort Apache Road
Suite 110
Las Vegas, Nevada 89148
Phone: (702) 476-1000
Fax:   (702) 722-6185
Email: jcoppedge@cekcounsel.com

MICHAEL B. LYNCH (*pro hac vice admission pending*)
410 Balmoral Road
Winter Park, Florida 32789
Phone: (321) 239-8026
Email: michaelblynch@mac.com

*Attorneys for Defendant,*
*Pavia Holdings, LLC dba MMAagents*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ZUFFA, LLC, a Nevada limited liability company, dba ULTIMATE FIGHTING CHAMPIONSHIP,<br><br>Plaintiff,<br><br>vs<br><br>PAVIA HOLDINGS, LLC, a California limited liability company, dba MMA AGENTS; BELLATOR SPORT WORLDWIDE, LLC, a Delaware limited liability company; DOES 1 through 100, inclusive; ROE Corporations and Limited Liability Companies 1 through 100, inclusive,<br><br>Defendants. | CASE NO.:   2:10-cv-01427-RLH-RJJ<br><br>**DEFENDANT, PAVIA HOLDINGS, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT** |

Defendant, Pavia Holdings, LLC dba MMAagents ("MMAagents"), by and through its attorneys, Coppedge Emmel & Klegerman PC, answers the Complaint of Plaintiff, Zuffa, LLC dba Ultimate Fighting Championship ("Zuffa") as follows:

Page 1 of 9

## PARTIES, JURISDICTION AND VENUE

1. MMAagents is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 1, 5, 6, 7 and 8 of the Complaint, and therefore denies the same.

2. MMAagents admits, upon information and belief, the allegations in paragraph 2 of the Complaint.

3. MMAagents admits that portion of paragraph 3 of the Complaint that alleges Pavia Holdings, LLC is a California limited liability company doing business as MMAagents, that Ken Pavia is the "founder" and "managing partner" of MMAagents, and that MMAagents does business in Nevada. MMAagents denies the remaining allegations contained in paragraph 3.

4. MMAagents admits, upon information and belief, that portion of paragraph 4 of the Complaint that Bellator Sport Worldwide, LLC's principal place of business is in Chicago, Illinois. MMAagents is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 4 of the Complaint, and therefore denies the same.

## GENERAL BACKGROUND

5. Answering paragraph 9 of the Complaint, MMAagents admits that Zuffa does business as the Ultimate Fighting Championship. MMAagents is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 9, and therefore denies the same.

6. MMAagents admits the allegations in paragraph 10 of the Complaint.

//
//

7. MMAagents is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 31, 32, and 33 of the Complaint, and therefore denies the same.

8. MMAagents denies the allegations in paragraphs 26, 30, 36, 37, and 38 of the Complaint.

9. MMAagents admits the allegations in paragraphs 27, 28, 29, 34, and 35 of the Complaint.

## FIRST CAUSE OF ACTION

**(Violation of Uniform Trade Secrets Act {NRS 600A.010, et seq.} – All Defendants)**

10. Answering paragraph 39 of Plaintiff's Complaint, MMAagents repeats and realleges its answers to the preceding and ensuing paragraphs as though fully set forth herein.

11. MMAagents is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 40 and 41 of the Complaint, and therefore denies the same.

12. MMAagents denies the allegations in paragraphs 42, 43, 44, 45, 46, 47, 48, 49, and 50 of the Complaint.

## SECOND CAUSE OF ACTION

**(Civil Conspiracy – All Defendants)**

13. Answering paragraph 51 of Plaintiff's Complaint, MMAagents repeats and realleges its answers to the preceding and ensuing paragraphs as though fully set forth herein.

14. MMAagents denies the allegations contained in paragraphs 52, 53, 54, and 55 of the Complaint.

//

//

## THIRD CAUSE OF ACTION

### (Breach of Contract – Doe and Roe Defendants)

11.     Answering paragraph 56 of Plaintiff's Complaint, MMAagents repeats and realleges its answers to the preceding and ensuing paragraphs as though fully set forth herein.

12.     Paragraphs 57, 58, 59, 60, 61, and 62 of the Complaint do not state a claim for relief or make any allegation against MMAagents. If any allegation in said paragraphs may be construed to be against MMAagents, MMAagents denies each and every allegation against it in said paragraphs. To the extent said paragraphs contain allegations relating to other parties, MMAagents is without knowledge or information sufficient to form a belief as to the truth of those allegations, and therefore denies the same.

## FOURTH CAUSE OF ACTION

### (Breach of the Implied Covenant of Good Faith and Fair Dealing – Doe and Roe Defendants)

12.     Answering paragraph 63 of Plaintiff's Complaint, MMAagents repeats and realleges its answers to the preceding and ensuing paragraphs as though fully set forth herein.

13.     Paragraphs 64, 65, 66, 67, and 68 of the Complaint do not state a claim for relief or make any allegation against MMAagents. If any allegation in said paragraphs may be construed to be against MMAagents, MMAagents denies each and every allegation against it in said paragraphs. To the extent said paragraphs contain allegations relating to other parties, MMAagents is without knowledge or information sufficient to form a belief as to the truth of those allegations, and therefore denies the same.

//

//

//

## FIFTH CAUSE OF ACTION

### (Aiding and Abetting/Inducement – Defendant MMAagents)

13. Answering paragraph 69 of Plaintiff's Complaint, MMAagents repeats and realleges its answers to the preceding and ensuing paragraphs as though fully set forth herein.

14. MMAagents denies the allegations contained in paragraphs 70, 71, 72, 73, and 74 of the Complaint.

## (Second) FIFTH CAUSE OF ACTION

### (Conversion – All Defendants)

14. Answering paragraph 75 of Plaintiff's Complaint, MMAagents repeats and realleges its answers to the preceding and ensuing paragraphs as though fully set forth herein.

15. MMAagents denies the allegations contained in paragraphs 76, 77, 78, 79, 80, 81, and 82 of the Complaint.

## SIXTH CAUSE OF ACTION

### (Injunctive Relief)

15. Answering paragraph 83 of Plaintiff's Complaint, MMAagents repeats and realleges its answers to the preceding and ensuing paragraphs as though fully set forth herein.

16. MMAagents denies the allegations contained in paragraphs 84, 85, and 86 of the Complaint.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim against MMAagents upon which relief can be granted.

//

//

## SECOND AFFIRMATIVE DEFENSE

Plaintiff did not exercise ordinary care, caution or prudence in conducting its affairs relating to the matter as set forth in the Complaint, and the resulting damages, if any, were caused or contributed to by Plaintiff.

## THIRD AFFIRMATIVE DEFENSE

At all times relevant herein, MMAagents acted diligently and with due care in the performance of any duty owned to Plaintiff, if any.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff failed to mitigate damages.

## FIFTH AFFIRMATIVE DEFENSE

To the extent that MMAagents was in any way responsible for any of the damages alleged by Plaintiff, which MMAagents specifically denies, such acts or omissions by MMAagents was in reliance on the acts, omissions, and statements of Plaintiff, and Plaintiff is therefore estopped from making any claim.

## SIXTH AFFIRMATIVE DEFENSE

The injuries, if any, complained of by Plaintiff were proximately caused by the acts or omissions of third parties or other persons over whom MMAagents exercised no control and over whom MMAagents had no right or duty to control.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrine of unclean hands.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiff has waived any and all claims against MMAagents.

//
//

### NINTH AFFIRMATIVE DEFENSE

MMAagents was not the proximate cause of the alleged injuries or damages, if any, sustained by Plaintiff.

### TENTH AFFIRMATIVE DEFENSE

Plaintiff has failed to plead any acts or omissions of MMAagents sufficient to warrant the consideration of exemplary or punitive damages.

### ELEVENTH AFFIRMATIVE DEFENSE

MMAagents performed no acts or omissions relative to its dealings with Plaintiff that would warrant the imposition of exemplary or punitive damages.

### TWELFTH AFFIRMATIVE DEFENSE

The documents referenced in the complaint are not trade secrets because Plaintiff does not derive independent economic value, actual or potential, from not being generally known to, and not being readily ascertainable by proper means by, other persons who can obtain economic value from the disclosure or use of such documents.

### THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff has not used reasonable efforts to maintain the secrecy and confidentiality of the documents.

### FOURTEENTH AFFIRMATIVE DEFENSE

MMAagents has been required to retain the services of counsel to defend this action and is entitled to an award of attorney's fees and costs of suit herein.

### FIFTEENTH AFFIRMATIVE DEFENSE

Pursuant to N.R.C.P. 11, all possible affirmative defenses may not have been alleged herein insofar as insufficient facts were not available after reasonable inquiry upon the filing of

//

1  Plaintiff's Complaint, and therefore, Defendant reserves the right to amend the Answer to the
2  Complaint to allege additional affirmative defenses, if subsequent investigation so warrants.

3  WHEREFORE, MMAagents prays for judgment as follows:

4  1.  That Plaintiff takes nothing by virtue of its Complaint and that the same be
5  dismissed with prejudice;

6  2.  For an award of reasonable attorneys' fees and costs of suit incurred in the defense
7  of this action; and

8  3.  For such other and further relief as this Court may deem just and proper in the
9  premises.

10  DATED this 9th day of September, 2010.

11  COPPEDGE EMMEL & KLEGERMAN PC

13  BY:  */s/ L. Joe Coppedge*
L. JOE COPPEDGE
14  Nevada Bar No. 4954
5586 South Fort Apache Road
15  Suite 110
Las Vegas, Nevada 89148

16  
MICHAEL B. LYNCH (*pro hac vice admission pending*)
17  410 Balmoral Road
Winter Park, Florida 32789

18  
*Attorneys for Defendant,*
19  *Pavia Holdings, LLC dba MMAagents*

## CERTIFICATE OF MAILING

Pursuant to NRCP 5(b), I hereby certify that service of the foregoing **DEFENDANT, PAVIA HOLDINGS, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT** was made this date by depositing a true copy of the same for mailing at Las Vegas, Nevada, addressed to each of the following:

> Donald J. Campbell
> J. Colby Williams
> Campbell & Williams
> 700 South Seventh Street
> Las Vegas, Nevada 89101
> Attorneys for Plaintiff Zuffa, LLC
>
> J. Randall Jones
> William L. Coulthard
> Kemp, Jones & Coulthard
> 3800 Howard Hughes Parkway, 17th Floor
> Las Vegas, Nevada 89169
> Attorneys for Defendant
> Bellator Sport Worldwide, LLC

DATED this 9th day of September, 2010.

*/s/ Monica Nevarez*
Coppedge Emmel & Klegerman PC