UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ZUFFA, LLC, etc., )<br>        )<br>    Plaintiff,    )<br>        )<br>vs.    )<br>        )<br>PAVIA HOLDINGS, LLC., etc., *et al*.,    )<br>        )<br>    Defendant,    )<br>_____)  | 2:10-cv-1427-RLH-RJJ<br><br><br>O R D E R |

This matter was referred to the undersigned Magistrate Judge on the Joint Motion to Withdraw as Counsel for Defendant Pavia Holdings, LLC (#37).

The Court having reviewed the Motion (#49) and good cause appearing therefore,

IT IS HEREBY ORDERED that a hearing on the Joint Motion to withdraw as Counsel For Defendant Pavia Holdings, LLC (#37) is scheduled for **April 25, 2011, at 3:45 PM** in LV Courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

IT IS FURTHER ORDERED that a corporate representative for Defendant Pavia Holdings, LLC, must appear in court for this hearing. There is NO EXCEPTION to this requirement. Failure to appear may result in an order to show cause being issued by the court.

IT IS FURTHER ORDERED that Defendants' counsel shall personally serve, or serve by certified mail, return receipted requested, a copy of the  motion to withdraw and a copy of this Order on Defendant Pavia Holdings, LLC. Proof of compliance with this service requirement

1    must be filed with the court prior to the scheduled hearing. There is NO EXCEPTION to the
2    service requirement.
3        DATED this __6th<sup>th</sup>__ day of April, 2011.

                                       *Robert J. Johnston* (signature)
ROBERT J. JOHNSTON
United States Magistrate Judge

- 2 -