UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ZUFFA, LLC, etc., | ) |
| Plaintiff, | ) 2:10-cv-1427-RLH-(RJJ) |
| vs. | ) |
| PAVIA HOLDINGS, LLC, etc., *et al*., | ) O R D E R |
| Defendant, | ) |

This matter is before Court on Zuffa, LLC's Motion to Strike Belated Joinder [Dkt. No. 62] Filed By Bellator Sport Worldwide, LLC (#63).

The Court having reviewed the Motion to Strike (#63), the Response (#64) and the Reply (#65) and good cause appearing therefore,

IT IS HEREBY ORDERED that Zuffa, LLC's Motion to Strike Belated Joinder [Dkt. No. 62] Filed By Bellator Sport Worldwide, LLC (#63) is **DENIED.**

DATED this   16th   day of November, 2011.


_____
ROBERT J. JOHNSTON
United States Magistrate Judge