UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ZUFFA, LLC, etc., ) | |
| Plaintiff, ) | 2:10-cv-1427-RLH-RJJ |
| vs. ) | |
| PAVIA HOLDINGS, LLC., etc., *et al.*, ) | O R D E R |
| Defendant, ) | |

This matter is before the Court on the Status Reports (#84 & #85). The Court having reviewed the Status Reports (#84 & #85) and good cause appearing therefore,

IT IS HEREBY ORDERED that on or before June 1, 2012, the parties are directed to file with the Court a stipulation or motion, if desired, to extend discovery. Said filing shall comply fully with Local Rule 26-4.

DATED this   23d   day of May, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge