UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| ZUFFA, LLC, etc., *et al.*, | ) | |
| | ) | |
| Plaintiff, | ) | 2:10-cv-1427-MMD-RJJ |
| | ) | |
| vs. | ) | |
| | ) | |
| MONROE POWELL'S PLATTERS, LLC, etc., *et al.*, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the parties shall file joint Interim Discovery Status Reports on August 31, 2012, and October 31, 2012.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this  8th  day of August, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge