CAMPBELL & WILLIAMS
DONALD J. CAMPBELL, ESQ. (1216)
djc@campbellandwilliams.com
J. COLBY WILLIAMS, ESQ. (5549)
jcw@campbellandwilliams.com
700 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

Attorneys for Plaintiff
Zuffa, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ZUFFA, LLC, a Nevada limited liability company, dba ULTIMATE FIGHTING CHAMPIONSHIP, <br><br> Plaintiff, <br><br> vs. <br><br> PAVIA HOLDINGS, LLC, a California limited liability company, dba MMA AGENTS; KEN PAVIA, an individual; BJORN REBNEY, an Individual; BELLATOR SPORT WORLDWIDE, LLC, a Delaware limited liability company; DOES 1 through 100, inclusive; ROE Corporations and Limited Liability Companies 1 through 100, inclusive, <br><br> Defendants. <br> _____ <br><br> AND RELATED CLAIMS <br> _____ | No:  2:10-cv-01427-MMD (NJK) <br><br><br><br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

The undersigned parties, through their respective counsel of record, hereby stipulate that the remainder of above-captioned action may be dismissed with prejudice in accordance with the Confidential Settlement Agreement and Mutual Release executed by the identified parties. Specifically, the claims existing between Zuffa, LLC ("Zuffa"), Defendant Pavia Holdings, LLC,

and Defendant Ken Pavia shall be dismissed with prejudice with each of the foregoing parties to bear its or his own attorney's fees and costs.

Once the Court enters the proposed Order, this matter may be closed.[1]

DATED this 19th day of February, 2013.

CAMPBELL & WILLIAMS

By_____/s/ J. Colby Williams_____
    DONALD J. CAMPBELL, ESQ. (1216)
    J. COLBY WILLIAMS, ESQ. (5549)
    700 South Seventh Street
    Las Vegas, Nevada  89101

    Attorneys for Plaintiff
    Zuffa, LLC


COTTON, DRIGGS, WALCH, HOLLEY,
WOLOSON & THOMPSON


By___ /s/ Brian W. Boschee_____
    BRIAN W. BOSCHEE, ESQ. (#7612)
    SHEMILLY A. BRISCOE, ESQ. (#9985)
    400 South Fourth Street, Third Floor
    Las Vegas, Nevada 89101

    Attorneys for Defendant
    Pavia Holdings, LLC and Ken Pavia

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated:_____February 19, 2013_____

---

[1] The Court previously entered an order of partial dismissal with prejudice that resolved: (i) all claims asserted by Plaintiff Zuffa against Defendants Bellator Sport Worldwide LLC ("Bellator") and Bjorn Rebney; (ii) all counterclaims asserted by Bellator against Zuffa; and (iii) all third-party claims filed by Bellator against Third-Party Defendant Julian Gregorio.  *See* Dkt. No. 124.